# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:23-MJ-173-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| WILLIAM MARION RICHARDSON, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Dismiss" (Document No. 7) filed June 6, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Government's Motion To Dismiss" (Document No. 7) is **GRANTED**; the charges against Defendant William Marion Richardson in the "Criminal Complaint" (Document No. 1) are **DISMISSED WITHOUT PREJUDICE**.

Signed: June 7, 2023

David C. Keesler
United States Magistrate Judge